UNITED STATES DISTRICT COURT
District of Maine

FRANK INMAN,                )
                            )
        Plaintiff           )
                            )
v.                          )   No. 1:17-cv-00358-GZS
                            )
PENOBSCOT COUNTY JAIL,      )
                            )
        Defendant           )
                            )

## ORDER AFFIRMING THE
## RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 5, 2017, his Recommended Decisions (ECF Nos. 11 and 12). Plantiff filed his Objection to the Recommended Decisions (ECF No. 14) on October 12, 2017.

I have reviewed and considered the Magistrate Judge's Recommended Decisions, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decisions; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decisions, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decisions (ECF Nos. 11 and 12) of the Magistrate Judge are hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motions for Bail (ECF Nos. 3 and 10) are **DENIED**.

3. It is hereby **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

4. It is hereby **ORDERED** that Plaintiff's Motion to Amend Complaint (ECF No. 15) is **DISMISSED AS MOOT**.

/s/George Z. Singal  
U.S. District Judge

Dated this 16th day of October, 2017.